UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daimon Rashaun Teachey**                              **Docket No. 5:03-CR-323-1BR**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daimon Rashaun Teachey, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on December 8, 2004, to the custody of the Bureau of Prisons for a term of 190 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On May 6, 2009, pursuant to an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 60 months in Count 4.

Daimon Rashaun Teachey was released from custody on March 24, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 25, 2017, the defendant provided a urine sample that was submitted for laboratory analysis. On September 30, 2017, laboratory analysis revealed positive results for marijuana. On October 23, 2017, when confronted with the positive results, Teachey admitted to using marijuana approximately one week prior to the test submission. The defendant agreed to report for a substance abuse evaluation and follow up as directed with any recommended treatment. Additionally, as a sanction for this violation conduct, participation in the DROPS Program (second use level) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

**Daimon Rashaun Teachey**
**Docket No. 5:03-CR-323-1BR**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Michael W. Dilda |
| Dwayne K. Benfield | Michael W. Dilda |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Rm 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2342 |
| | Executed On: October 26, 2017 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_30\_\_\_ day of \_\_\_October_____, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge